

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

ASTERN@SIDLEY.COM
+1 212 839 5397

June 19, 2018

**By Hand Delivery and CM/ECF**

The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>Fujifilm Holdings Corp. v. Xerox Corp.</u>, No. 1:18-cv-05458-JGK

Dear Judge Koeltl:

Pursuant to Rule 2.C of Your Honor's Individual Practices, enclosed please find a courtesy copy of the Complaint filed yesterday in the above-referenced matter.

Respectfully submitted,

Andrew W. Stern

Enclosure