# WILLKIE FARR & GALLAGHER LLP

TARIQ MUNDIYA
212 728 8565
tmundiya@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

July 2, 2018

**BY ECF**

Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Fujifilm Holdings Corp. v. Xerox Corp., No. 1:18-cv-05458

Dear Judge Koeltl:

This firm represents Defendant Xerox Corporation ("Defendant") in the above-referenced matter. Plaintiff Fujifilm Holdings Corp. ("Plaintiff") filed its Complaint in this matter on June 18, 2018, and Defendant accepted service of the Complaint on June 21, 2018. The current deadline for Defendant to respond to the Complaint is July 12, 2018.

We respectfully request that this Court extend the time for Defendant to answer, move, or otherwise respond to the Complaint to August 24, 2018. Plaintiff has consented to this extension of the deadline, and neither party has previously requested any extension in this matter.

Respectfully submitted,

*/s/ Tariq Mundiya*

Tariq Mundiya

cc:   **BY ECF**
      SIDLEY AUSTIN LLP
      Andrew W. Stern
      787 Seventh Avenue
      New York, NY 10019
      Telephone: (212) 839-5300
      astern@sidley.com