UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUJIFILM HOLDINGS CORP., <br><br> Plaintiff, <br><br> - v. - <br><br> XEROX CORP., <br><br> Defendant. | 18 CV 05458 (JGK) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Shaimaa M. Hussein of Willkie Farr & Gallagher LLP hereby appears as attorney of record for Defendant Xerox Corporation in the above captioned matter.

Dated: July 2, 2018
       New York, New York

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Shaimaa Hussein*
Shaimaa M. Hussein
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 728-8000

*Attorney for Defendant Xerox Corporation*