UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
FUJIFILM HOLDINGS CORP.,              :    Case No. 1:18-cv-05458-JGK
                                      :
            Plaintiff,          :
                                      :
  v.                                  :
                                      :    **NOTICE OF APPEARANCE**
XEROX CORP.,                          :
                                      :
           Defendant.          :
                                      :
------------------------------------- x

    PLEASE TAKE NOTICE that Charlotte K. Newell of the law firm Sidley Austin LLP, hereby respectfully enters her appearance as counsel of record in the above-captioned action for and on behalf of Plaintiff Fujifilm Holdings Corporation. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  New York, New York
        August 20, 2018                Respectfully submitted,


                                              By:  /s/ Charlotte K. Newell
                                                   Charlotte K. Newell
                                                   SIDLEY AUSTIN LLP
                                                   787 Seventh Avenue
                                                   New York, New York 10019
                                                   Telephone: (212) 839-5300
                                                   Facsimile:  (212) 839-5599
                                                   Email:  cnewell@sidley.com

                                                   *Counsel for Plaintiff*
                                                   *Fujifilm Holdings Corporation*