UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FUJIFILM HOLDINGS CORP., | ) |
| Plaintiff, | ) No. 1:18-cv-05458-JGK |
| v. | ) |
| XEROX CORP., | ) |
| Defendant. | ) |

---

# FUJIFILM HOLDINGS CORP.'S [PROPOSED] CIVIL SCHEDULING ORDER

WHEREAS, Fujifilm Holdings Corp. ("Fujifilm") and Xerox Corp. ("Xerox" and collectively with Fujifilm, the "Parties") concurrently filed a Joint Rule 26(f) Report and Proposed Case Management Plan in this Action;

WHEREAS, the Parties will appear before the court on September 18, 2018 for a pretrial conference;

WHEREAS, Rule 16 provides that the Court shall issue a scheduling order setting forth, among other possible topics, the time to join other parties, amend the pleadings, complete discovery, and file motions;

IT IS HEREBY ORDERED that:

- All parties are to exchange information required by Fed. R. Civ. P. 26(a)(1) by September 25, 2018.

- Xerox's deadline to answer, move or otherwise respond to the Complaint is September 28, 2018.

- All document requests will be served on parties by September 28, 2018.

235296856v.4

- Fujifilm's deadline to oppose any motion filed pursuant to Fed. R. Civ. P. 12(b)(6) is November 7, 2018.

- Xerox's reply deadline for any motion filed pursuant to Fed. R. Civ. P. 12(b)(6) is November 21, 2018.

- Productions complete will be complete by January 18, 2019.

- Interrogatories to be served by January 31, 2019.

- Fact depositions and all fact disclosure to be complete by March 31, 2019.

- Affirmative expert disclosures on any issue as to which a party has the burden of proof will be served by June 14, 2019.

- Rebuttal expert disclosures will be served by July 19, 2019.

- Expert depositions and all disclosure complete by August 23, 2019.

- Summary judgment motions due by September 23, 2019.

- The final date to amend pleadings shall be set by this Court upon its resolution of Xerox's Motion to Dismiss the Complaint, if any, or if no Motion to Dismiss is filed, upon Xerox's filing of its Answer to the Complaint.

Dated _____, 2018

                                            **SO ORDERED**:

                                            JOHN G. KOELTL, U.S.D.J.