# SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

ASTERN@SIDLEY.COM
+1 212 839 5397

September 7, 2018

*ADJOURNED TO MONDAY, SEPTEMBER 24, 2018, AT 4:30PM. SO ORDERED. 9/7/18 [signature] USDJ*

By ECF

The Honorable John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Fujifilm Holdings Corp. v. Xerox Corp.* (No. 1:18-cv-05458-JGK)

Dear Judge Koeltl:

This firm represents Plaintiff Fujifilm Holdings Corp. in the above-referenced matter.

The Court has scheduled an initial pretrial conference on September 18 at 4:30 p.m. Because the evening of September 18 begins the religious holiday of Yom Kippur, I write (with the consent of counsel for Xerox Corp.) to request that the conference be rescheduled, to the early afternoon on September 18, or another time convenient for the Court. Lead counsel for Xerox Corp., Tariq Mundiya, is traveling and unavailable for the remainder of the week of September 17, but we are both generally available during the week of September 24, except for Tuesday, September 25.

We thank the Court for its consideration.

Respectfully submitted,

Andrew W. Stern /N.P.C.

cc: All counsel of record (via ECF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/09/2018