```
UNITED STATES DISTRICT COURT           USDC SDNY
SOUTHERN DISTRICT OF NEW YORK          DOCUMENT
                                       ELECTRONICALLY FILED
FUJIFILM HOLDINGS CORP.,               DOC# _____
                                       DATE FILED: 9-25-18

                    Plaintiff,         18-cv-5458 (JGK)

          -against-                    ORDER

XEROX CORP.,

                    Defendant.
```

JOHN G. KOELTL, United States District Judge:

The defendant may move to dismiss by **October 1, 2018**. The plaintiff shall respond to the motion to dismiss by **November 9, 2018**. The defendant shall reply by **November 26, 2018**.

SO ORDERED.

Dated: September 24, 2018
       New York, New York

/s/ John G. Koeltl
JOHN G. KOELTL
United States District Judge

1