UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUJIFILM HOLDINGS CORP., <br><br> Plaintiff, <br><br> - v. – <br><br> XEROX CORP., <br><br> Defendant. | 18 CV 05458 (JGK) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Xerox Corporation's Motion to Dismiss, the Declaration of Tariq Mundiya, dated October 1, 2018, and the exhibits annexed thereto, Defendant Xerox Corporation ("Xerox"), by and through its undersigned attorneys, will move this Court before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14A, New York, New York 10007, on a date and time to be determined by the Court, for an order dismissing the Complaint in its entirety on the grounds of improper forum shopping or, alternatively, for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  October 1, 2018
       New York, New York

**WILLKIE FARR & GALLAGHER LLP**

/s/ Tariq Mundiya
_____
Tariq Mundiya
Sameer Advani
Shaimaa M. Hussein
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 728-8000
tmundiya@willkie.com
sadvani@willkie.com
shussein@willkie.com

*Attorneys for Defendant Xerox Corporation*

*26217133*

2