

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 8519
CNEWELL@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

August 7, 2019

**BY ECF AND HAND DELIVERY**

The Honorable Judge Barbara Moses
Daniel Patrick Moynihan United States Courthouse
Room 20A
500 Pearl Street
New York, New York 10007-1312

    Re:    *Fujifilm Holdings Corp. v. Xerox Corp.*, No. 18-cv-5458 (JGK) (BCM)

Dear Judge Moses:

    Pursuant to the Court's Individual Practices, enclosed please find a courtesy copy of the letter motion, appendix and exhibits that Fujifilm Holdings Corporation filed yesterday afternoon in the above-referenced matter regarding the current scheduling order and deposition limits.

    Respectfully submitted,

    Charlotte K. Newell

Encl.

cc:    Counsel of Record (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.