**SIDLEY**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 8519
CNEWELL@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

August 15, 2019

**VIA ECF AND HAND DELIVERY**
The Honorable Judge Barbara Moses
Daniel Patrick Moynihan United States Courthouse
Room 20A
500 Pearl Street
New York, NY 10007-1312

   Re: *Fujifilm Holdings Corp. v. Xerox Corp.*, No. 18-cv-5458 (JGK) (BCM)

Dear Judge Moses:

  Pursuant to the Court's Individual Practices, enclosed please find a courtesy copy of Fujifilm Holding Corp.'s ("Fujifilm") letter withdrawing its request to file under seal certain materials related to Fujifilm's August 9, 2019 reply letter, Dkt. 112, consistent with the request of Mr. Beigel, counsel for Mr. Visentin.

               Respectfully submitted,

               */s/ Charlotte Newell*

               Charlotte K. Newell

Encls.

cc: Counsel of Record (via ECF)
   Herb Beigel, Esq. (via e-mail)